UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X

JOE HAND PROMOTIONS, INC,                       :

        Plaintiff,                              :      13 CV 5803(MKB)(RML)

        -against-                               :

MICKEY'S PLACE ON 43RD STREET LTD.              :      **ANSWER**
d/b/a BAR 43 GRILL & LOUNGE
and MICHAEL E. MCCREESH,

                                                :      **JURY TRIAL DEMANDED**

        Defendants.                             :
_____X

Defendants Mickey's Place on 43rd Street, Ltd d/b/a Bar 43 Grill & Lounge and Michael E. McCreesh, individually, (collectively, "Bar 43"), through their attorneys, Law Offices - Thomas S. Rosenthal, 11 Broadway, Suite 2150, New York, New York 10004, answer the Complaint of Joe Hand Promotions, Inc. ("Joe Hand") as follows:

1.   The allegations set forth in paragraph 1 set forth legal conclusions to which no response is required.

2.   The allegations in paragraph 2 set forth legal conclusions to which no response is required.

3.   The allegations in paragraph 3 set forth legal conclusions to which no response is required.

4.   Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4.

5. Bar 43 admits that Mickey's Place on 43rd Street Ltd. is a New York Corporation, with Principal Place of Business at 43-06 43rd Street, Sunnyside, NY and that Michael E. McCreesh is CEO and Principal of said Corporation. Bar 43 denies the remainder of the allegations set forth in Paragraph 5.

6. No response is required to paragraph 6 as it sets forth no allegations.

7. Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7.

8. Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 8.

9. Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 and further avers that the allegations in paragraph 9 set forth legal conclusions to which no response is required.

10. Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 10 and further avers that the allegations in paragraph 10 set forth legal conclusions to which no response is required.

11. Bar 43 denies knowledge and information sufficient

to form a belief as to the truth of the allegations set forth in paragraph 11.

12.  Bar 43 admits that it did not enter into any agreement with Joe Hand related to the event and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12 and further avers that the allegations in paragraph 12 set forth legal conclusions to which no response is required.

13.  Bar 43 denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 13.

14.  Bar 43 avers that the allegations in paragraph 14 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the allegations set forth in paragraph 14.

15.  Bar 43 avers that the allegations in paragraph 15 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the allegations set forth in paragraph 15.

16.  Bar 43 avers that the allegations in paragraph 16 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the

allegations set forth in paragraph 16.

17.  Bar 43 avers that the allegations in paragraph 17 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the allegations set forth in paragraph 17.

18.  Bar 43 avers that the allegations in paragraph 18 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the allegations set forth in paragraph 18.

19.  Bar 43 avers that the allegations in paragraph 19 set forth legal conclusions to which no response is required, and to the extent a response is required, Bar 43 denies the allegations set forth in paragraph 19.

## COUNT I

20.  Bar 43 repeats and realleges the answers to paragraphs 1-19 as if fully set forth herein.

21.  The allegations set forth in paragraph 21 set forth legal conclusions to which no response is required.

22.  Bar 43 denies each and every allegation contained in paragraph 22 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the

truth of the allegations set forth in paragraph 22.  Bar 43 further avers that paragraph 22 sets forth numerous legal conclusions to which no response is required.

23.  The allegations in paragraph 23 set forth legal conclusions to which no response is required.

24.  The allegations set forth in paragraph 24 set forth numerous legal conclusions to which no response is required.

25.  The allegations set forth in paragraph 25 set forth numerous legal conclusions to which no response is required.

26.  Bar 43 denies each and every allegation contained in paragraph 26 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26.  Bar 43 further avers that paragraph 26 sets forth numerous legal conclusions to which no response is required.

27.  Bar 43 denies each and every allegation contained in paragraph 27 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27.  Bar 43 further avers that paragraph 27 sets forth numerous legal

conclusions to which no response is required.

28.  Bar 43 denies each and every allegation contained in paragraph 28 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28.  Bar 43 further avers that paragraph 28 sets forth numerous legal conclusions to which no response is required.

## COUNT II

29.  Bar 43 repeats and realleges the answers to paragraphs 1-19 and 21-28 as if fully set forth herein.

30.  The allegations set forth in paragraph 30 set forth legal conclusions to which no response is required.

31.  The allegations set forth in paragraph 31 set forth legal conclusions to which no response is required.

32.  Bar 43 denies each and every allegation contained in paragraph 32 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 32.  Bar 43 further avers that paragraph 32 sets forth numerous legal conclusions to which no response is required.

33.  Bar 43 denies each and every allegation contained

in paragraph 33 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33.  Bar 43 further avers that paragraph 33 sets forth numerous legal conclusions to which no response is required.

34.  Bar 43 denies each and every allegation contained in paragraph 34 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 34.  Bar 43 further avers that paragraph 34 sets forth numerous legal conclusions to which no response is required.

35.  Bar 43 denies each and every allegation contained in paragraph 35 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35.  Bar 43 further avers that paragraph 35 sets forth numerous legal conclusions to which no response is required.

**COUNT III**

36.  Bar 43 repeats and realleges the answers to paragraphs 1-19 and 21-28 and 29-35 as if fully set forth herein.

37.  The allegations set forth in paragraph 37 set forth legal conclusions to which no response is required.

-7-

38.  Bar 43 denies each and every allegation contained in paragraph 38 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38.  Bar 43 further avers that paragraph 38 sets forth numerous legal conclusions to which no response is required.

39.  Bar 43 denies each and every allegation contained in paragraph 39 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39.  Bar 43 further avers that paragraph 39 sets forth numerous legal conclusions to which no response is required.

**COUNT IV**

40.  Bar 43 repeats and realleges the answers to paragraphs 1-19, 21-28, 30-35 and 37-39 as if fully set forth herein.

41.  The allegations set forth in paragraph 41 set forth legal conclusions to which no response is required.

42.  Bar 43 denies each and every allegation contained in paragraph 42 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 42.  Bar 43

further avers that paragraph 42 sets forth numerous legal conclusions to which no response is required.

43.  Bar 43 denies each and every allegation contained in paragraph 43 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 43.  Bar 43 further avers that paragraph 43 sets forth numerous legal conclusions to which no response is required.

## COUNT V

44.  Bar 43 repeats and realleges the answers to paragraphs 1-43 as if fully set forth herein.

45.  The allegations set forth in paragraph 45 set forth legal conclusions to which no response is required.

46.  The allegations set forth in paragraph 46 set forth legal conclusions to which no response is required.

47.  Bar 43 denies each and every allegation contained in paragraph 47 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 47.  Bar 43 further avers that paragraph 47 sets forth numerous legal conclusions to which no response is required.

48.  Bar 43 denies each and every allegation contained in paragraph 48 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48.  Bar 43 further avers that paragraph 48 sets forth numerous legal conclusions to which no response is required.

49.  Bar 43 denies each and every allegation contained in paragraph 49 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49.  Bar 43 further avers that paragraph 49 sets forth numerous legal conclusions to which no response is required.

50.  Bar 43 denies each and every allegation contained in paragraph 50 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50.  Bar 43 further avers that paragraph 50 sets forth numerous legal conclusions to which no response is required.

51.  Bar 43 denies each and every allegation contained in paragraph 51 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51.  Bar 43 further avers that paragraph 51 sets forth numerous legal

conclusions to which no response is required.

52.  Bar 43 denies each and every allegation contained in paragraph 52 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52.  Bar 43 further avers that paragraph 52 sets forth numerous legal conclusions to which no response is required.

53.  Bar 43 denies each and every allegation contained in paragraph 53 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53.  Bar 43 further avers that paragraph 53 sets forth numerous legal conclusions to which no response is required.

54.  Bar 43 denies each and every allegation contained in paragraph 54 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 54.  Bar 43 further avers that paragraph 54 sets forth numerous legal conclusions to which no response is required.

## COUNT VI

55.  Bar 43 repeats and realleges the answers to paragraphs 1-54 as if fully set forth herein.

56.   The allegations set forth in paragraph 56 set forth legal conclusions to which no response is required.

57.   Bar 43 denies each and every allegation contained in paragraph 57 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57.  Bar 43 further avers that paragraph 57 sets forth numerous legal conclusions to which no response is required.

58.   Bar 43 denies each and every allegation contained in paragraph 58 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 58.  Bar 43 further avers that paragraph 58 sets forth numerous legal conclusions to which no response is required.

59.   Bar 43 denies each and every allegation contained in paragraph 59 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59.  Bar 43 further avers that paragraph 59 sets forth numerous legal conclusions to which no response is required.

## COUNT VII

60.   Bar 43 repeats and realleges the answers to

paragraphs 1-59 as if fully set forth herein.

61.   The allegations set forth in paragraph 61 set forth legal conclusions to which no response is required.

62.   Bar 43 denies each and every allegation contained in paragraph 62 as they pertain to Bar 43, and otherwise denies knowledge and information sufficient to form a belief as to the truth of the allegations set forth in paragraph 62.   Bar 43 further avers that paragraph 62 sets forth numerous legal conclusions to which no response is required.

63.   The allegations set forth in paragraph 63 set forth legal conclusions to which no response is required.

**FIRST AFFIRMATIVE DEFENSE**

64.   The Complaint fails to state a cause of action on which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

65.   The Complaint is barred, in whole or in part by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

-13-

66.   The Complaint is barred, in whole or in part, by failure to properly serve the defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure and applicable New York State Rules pertaining to Service of Process.

## FOURTH AFFIRMATIVE DEFENSE

67.   Joe Hand cannot, as a matter of law, establish an "interception" within the meaning set forth in 47 U.S.C. § 605.

## FIFTH AFFIRMATIVE DEFENSE

68.   Joe Hand lacks standing, as a matter of law, to bring a claim under 47 U.S.C. § 553.

WHEREFORE, defendants Bar 43 Bar and Michael McCreesh demand judgment as follows:

       (a)   against plaintiff dismissing the Complaint with prejudice;

       (b)   awarding attorney fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii); and

       (c) granting defendants costs and disbursements in this action, including reasonable attorneys' fees, and other such other and further relief as this Court may deem just and proper.

-14-

Dated:    New York, New York
          November 29, 2013

                              LAW OFFICES - THOMAS S. ROSENTHAL

                                   /s/ Joel Christoph

                              _____
                              BY: Joel Christoph
                              11 Broadway, Suite 2150
                              New York, New York 10004
                              Telephone:  (917) 327-5341

                              Attorneys for defendants
                                   Bar 43 Bar
                                   and Michael McCreesh


TO:   Jacqueline M. Muratore
      Paul J. Hooten & Associates
      5505 Nesconset Hwy, Suite 203
      Mt. Sinai, New York 11766
      Telephone: (631) 331-0547

      Attorneys for plaintiff

CERTIFICATE OF SERVICE

        The undersigned, an attorney, hereby certifies that on November 29, 2013, he caused a copy of the foregoing Answer, dated November 29, 2013, to be served by ECF Filing on:


        Jacqueline M. Muratore
        Paul J. Hooten & Associates
        5505 Nesconset Hwy, Suite 203
        Mt. Sinai, New York 11766
        Telephone: (631) 331-0547

        Attorneys for plaintiff

                                        /s/ Joel Christoph
                                        JOEL CHRISTOPH